UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOEY WAYNE HATFIELD, | ) | No. CV 09-4875-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| BOARD OF PRISON HEARINGS, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 4, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE